UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BETTINA KING,

      Plaintiff,

  v.

AMERICAN MARKETING GROUP, et al.,

      Defendants.

Case No. 1:23-cv-335

JUDGE DOUGLAS R. COLE

## ORDER

The Court has been advised that this action has settled. The Court therefore **DISMISSES** this action **WITH PREJUDICE**, but provides that any party may, on or before June 30, 2024, and upon good cause shown, move to reopen the action if the settlement is not consummated. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

      **SO ORDERED.**

January 23, 2024
**DATE**

                                              **DOUGLAS R. COLE**
                                              **UNITED STATES DISTRICT JUDGE**